# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation | |
| In re: Wire Harnesses | |
| This document relates to:<br>Truck and Equipment Dealer Cases | Master File No. 12-md-02311 |
| Rush Truck Centers of Arizona, et. al., | Honorable Marianne O. Battani |
| Plaintiffs, | No. 2:14-cv-14451 |
| v. | |
| Denso Corp., et. al. | |
| Defendants | |

## STIPULATION AND ORDER REGARDING CERTAIN STATE LAW CLAIMS IN TRUCK AND EQUIPMENT DEALERS COMPLAINT

WHEREAS, Plaintiffs (collectively, "Plaintiffs") in the case styled *Rush Truck Centers of Arizona, et. al. v. Denso Corp., et. al.*, filed at 2:14-cv-14451 (the "Truck and Equipment Dealers Action"), filed a Complaint (the "Complaint") alleging that the Defendants named in the Complaint violated federal antitrust laws and state antitrust, unfair competition, consumer protection and/or unjust enrichment laws in connection with sales of wire harnesses and related parts;

WHEREAS, Plaintiffs in the Truck and Equipment Dealers Action ("Plaintiffs") assert certain claims that are substantially similar to claims dismissed in whole or in part by this Court in *In Re Bearings* (*see* Opinion and Order Granting in Part and Denying in Part Defendants' Collective Motion to Dismiss Indirect Purchaser Actions (ECF No. 104 in 2:12-cv-502)); *In Re: Instrument Panel Clusters* (*see* Opinion and Order Granting in Part and Denying in Part

Defendants' Collective Motion to Dismiss Indirect Purchaser Actions (ECF No. 82 in 2:12-cv-202)); *In Re: Fuel Senders* (*see* Opinion and Order Granting in Part and Denying in Part Collective Defendants' Motion to Dismiss Indirect Purchaser Actions (ECF No. 104 in 2:12-cv-302); *In Re: Heater Control Panels* (*see* Opinion and Order Granting in Part and Denying in Part Collective Defendants' Motion to Dismiss Indirect Purchaser Actions (ECF No. 130 in 2:12-cv-402); and in *In Re: Wire Harness* (*see* Opinion and Order Granting in Part and Denying in Part Collective Defendants' Motion to Dismiss Indirect Purchaser Actions (ECF No. 119 in 2:12-cv-102)) (the "Subject State Law Claims");

WHEREAS, the parties would like to resolve the Subject State Law Claims without burdening the Court with further motion practice but preserve Plaintiffs' right to appeal the dismissal thereof.

NOW THEREFORE Plaintiffs and Defendants stipulate that:

1.      Under the laws of Arizona, Iowa, Kansas, Michigan, Minnesota, Mississippi, Nebraska, New Hampshire, North Dakota, and South Dakota, Plaintiffs assert only antitrust claims (under Count II) and unjust enrichment claims (under Count III) and no other state law claims.

2.      Plaintiffs' antitrust claim brought under the laws of New Hampshire prior to January 1, 2008 (paragraph 274 of the Complaint) and Utah prior to May 1, 2006 (paragraph 283 of the Complaint), as well as Plaintiffs' consumer protection claim brought under the laws of South Carolina (paragraph 280 of the Complaint) are hereby dismissed with prejudice and Plaintiffs retain all rights of appeal with respect to these claims.

3.      Plaintiffs' antitrust claim under the laws of Utah is brought pursuant to Utah Code Annotated §§ 76-10-3101, *et. seq.*, not Utah Code Annotated §§ 76-10-911, *et. seq.*, as stated in the Complaint.

4.      Nothing in this stipulation shall be read to limit or prohibit Defendants from filing any dispositive motions under the Federal Rules of Civil Procedure or asserting any other defenses against any of the claims remaining in the Complaint or alleged in any subsequent amended and/or consolidated complaint that may be filed by Plaintiffs.  Defendants agree, however, that Plaintiffs have not waived their rights of appeal with respect to the claims dismissed in enumerated paragraph 2 as provided therein.

**SO ORDERED.**


Date:  April 20, 2015                                               s/Marianne O. Battani
                                                                            MARIANNE O. BATTANI
                                                                            United States District Judge

3

**SO STIPULATED:**

**DUANE MORRIS LLP**

/s/ J. Manly Parks                                        Date:  March 25, 2015
Wayne A. Mack
J. Manly Parks
30 S. 17th Street
Philadelphia, PA  19103
Phone: (215) 979-1000
Fax: (215) 979-1020
wamack@duanemorris.com
jmparks@duanemorris.com

*Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**                Date:  March 25, 2015

/s/ Marguerite M. Sullivan (w/consent)
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
Marguerite.Sullivan@lw.com

Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-0600
Fax: (415) 395-8095
dan.wall@lw.com

William H. Horton (P31567)
GIARMARCO, MULLINS & HORTON, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
Telephone: 248-457-7060
bhorton@gmhlaw.com

*Counsel for Defendants Sumitomo Electric Wiring
Systems, Inc.; K&S Wiring Systems, Inc.; and
Sumitomo Wiring Systems (U.S.A.) Inc.*

**JONES DAY**

Date:  March 25, 2015

/s/ John M. Majoras (w/consent)
John M. Majoras
Michael R. Shumaker
Carmen G. McLean
Tiffany D. Lipscomb-Jackson
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001-2113
Telephone: (202) 879-3939
Facsimile:  (202) 626-1700
jmmajoras@jonesday.com
mrshumaker@jonesday.com
cgmclean@jonesday.com
tdlipscombjackson@jonesday.com

Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone: (216) 586-3939
Facsimile:  (216) 579-0212
mfischer@jonesday.com
sjsqueri@jonesday.com

*Counsel for Defendant Yazaki North America, Inc.*

**LANE POWELL PC**                          Date:  March 25, 2015

/s/ Larry S. Gangnes (w/ consent)
Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com


Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Tanya Durkee Urbach
Peter D. Hawkes
Masayuki Yamaguchi
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
urbacht@lanepowell.com
hawkesp@lanepowell.com
yamaguchim@lanepowell.com


Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone:  (248) 528-1111
Facsimile:  (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Counsel for Defendants American Furukawa, Inc.*

6

**WILMER CUTLER PICKERING HALE AND**   Date:  March 25, 2015
**DORR LLP**

/s/ Steven F. Cherry (w/ consent)
Steven F. Cherry
David P. Donovan
Patrick J. Carome
Brian C. Smith
Kurt G. Kastorf
WILMER CUTLER PICKERING HALE AND
DORR LLP
1875 Pennsylvania Avenue, NW
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
 steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
patrick.carome@wilmerhale.com
brian.smith@wilmerhale.com
kurt.kastorf@wilmerhale.com

*Counsel for Defendant DENSO International
America, Inc.*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax:   (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for Defendant DENSO International
America, Inc.*

**ARNOLD & PORTER LLP**        Date:  March 25, 2015

<u>/s/ James L. Cooper (w/ consent)</u>
James L. Cooper
Michael A. Rubin
Laura Cofer Taylor
Katherine Clemons
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 (facsimile)
james.cooper@aporter.com
michael.rubin@aporter.com
laura.taylor@aporter.com
katherine.clemons@aporter.com

Joanne Geha Swanson (P33594)
Fred Herrmann (P49519)
Matthew L. Powell (P69186)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendant Fujikura Automotive
America LLC*

**MAYER BROWN LLP**                              Date:  March 25, 2015

/s/ Andrew S. Marovitz (w/ consent)
Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
(312) 701-7711 (facsimile)
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Counsel for Defendant Lear Corporation*

**O'MELVENY & MYERS LLP**                     Date:  March 25, 2015

/s/ Michael F. Tubach (w/ consent)
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Fax: (415) 984-8701
Mtubach@omm.com

Michael R. Turco (P48705)
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1713
Fax: (248) 971-1801
turco@bwst-law.com

*Counsel for Defendants LEONI Wiring Systems,*
*Inc. and Leonische Holding Inc.*

**BUTZEL LONG**                               Date:  March 25, 2015

/s/ David F. DuMouchel (w/ consent)
David F. DuMouchel (P25658)
George B. Donnini (P66793)
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
Telephone: (313)225-7000
dumouchd@butzel.com
donnini@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Telephone: (202)663-7820
TMiller@bakerandmiller.com

*Counsel for Defendant  TRAM, Inc.*

**PORTER WRIGHT MORRIS & ARTHUR LLP**                    Date:  March 25, 2015

<u>/s/ Donald M. Barnes (w/ consent)</u>
Donald M. Barnes
Jay L. Levine
John C. Monica
Molly S. Crabtree
Jason E. Starling
PORTER WRIGHT MORRIS & ARTHUR LLP
1900 K Street, NW, Ste 1110
Washington, DC 20006
Telephone: (202) 778-3054
Facsimile: (202) 778-3063
dbarnes@porterwright.com
jmonica@porterwright.com
mcrabtree@porterwright.com
jstarling@porterwright.com

*Counsel for Defendants G.S.W. Manufacturing, Inc.*

**K&L GATES LLP**                                  Date:  March 25, 2015

/s/ Michael E. Martinez (w/ consent)
Michael E. Martinez
Steven M. Kowal
Lauren N. Norris
Lauren B. Salins
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4404
Fax: (312) 827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

William P. Jansen (P36688)
Michael G. Brady (P57331)
Amanda Fielder (P70180)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: (248) 784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Counsel for Defendant Chiyoda USA Corporation*

**JENNER & BLOCK LLP**                    Date:  March 25, 2015

/s/ Terrence J. Truax (w/ consent)
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
ZAUSMER, KAUFMAN, AUGUST &
CALDWELL, P.C.
31700 Middlebelt Road
Suite 150
Farmington Hills, Michigan 48334-2374
Telephone (248) 851-4111
gaugust@zkac.com

*Counsel for Mitsubishi Electric US Holdings, Inc.,*
*and Mitsubishi Electric Automotive America, Inc.*