UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation<br><br>In re: Wire Harnesses<br><br>This document relates to:<br>Truck and Equipment Dealer Cases<br><br>Rush Truck Centers of Arizona, et. al.,<br>　　　　　　　　　Plaintiffs,<br>　　　v.<br>Denso Corp., et. al.<br>　　　　　　　　　Defendants | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani<br><br>No. 2:14-cv-14451 |

**CONSENT MOTION FOR AN EXTENSION OF PAGE LIMITS FOR MEMORANDA CONCERNING DEFENDANTS' COLLECTIVE MOTION TO DISMISS**

Pursuant to Local Rule 7.1(d)(3), Defendants, through their undersigned counsel, respectfully request that the Court grant them leave to file a Memorandum of Points and Authorities in Support of their Collective Motion to Dismiss, due to be filed May 8, 2015 ("Defendants' Collective Memorandum"), of up to 65 pages in length, and a reply brief in support of Defendants' Collective Memorandum of up to 35 pages in length, each excluding signatures. Counsel for Plaintiffs has consented to such an extension, so long as the Court similarly permits Plaintiffs to file a Collective Memorandum of Points and Authorities in Opposition to Defendants' Collective Motion of up to 75 pages in length, excluding signatures.

In support of this motion, Defendants state that Defendants' Collective Memorandum is expected to address on a state-by-state basis (as required by the Court) several issues of law not previously briefed or decided in the auto parts litigation, including but not limited to: (i) the extent to which Plaintiffs' claims (not asserted until November 21, 2014) are barred by state

statutes of limitations; and (ii) whether Plaintiffs' claims based on conduct prior to the effective dates of the *Illinois Brick* repealer statutes in Oregon and Nevada must be dismissed because those statutes do not operate retroactively.

WHEREFORE, Defendants' respectfully request that the Court grant them leave to file their Collective Memorandum of no more than 65 pages and a reply brief of no more than 35 pages, both excluding signatures, and to grant Plaintiffs leave to file a Collective Opposition Memorandum of no more than 75 pages, excluding signatures.

Respectfully submitted,

April 24, 2015

**JONES DAY**

*/s/ John M. Majoras*
John M. Majoras
Michael R. Shumaker
Carmen G. McLean
Tiffany D. Lipscomb-Jackson
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001-2113
Telephone: (202) 879-3939
Facsimile:  (202) 626-1700
jmmajoras@jonesday.com
mrshumaker@jonesday.com
cgmclean@jonesday.com
tdlipscombjackson@jonesday.com

Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone: (216) 586-3939
Facsimile:  (216) 579-0212
mfischer@jonesday.com
sjsqueri@jonesday.com

*Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc.*

2

**LATHAM & WATKINS LLP**

*/s/ Marguerite M. Sullivan* (w/ consent)
Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
Marguerite.Sullivan@lw.com

Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-0600
Fax: (415) 395-8095
dan.wall@lw.com

William H. Horton (P31567)
GIARMARCO, MULLINS & HORTON, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
Telephone: 248-457-7060
bhorton@gmhlaw.com

*Counsel for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

**LANE POWELL PC**

*/s/Larry S. Gangnes* (w/consent)
Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Tanya Durkee Urbach
Peter D. Hawkes
Masayuki Yamaguchi
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
urbacht@lanepowell.com
hawkesp@lanepowell.com
yamaguchim@lanepowell.com

Richard D. Bisio (P30246)
Ronald S. Nixon (P57117)
KEMP KLEIN LAW FIRM
201 W. Big Beaver, Suite 600
Troy, MI 48084
Telephone: (248) 528-1111
Facsimile: (248) 528-5129
richard.bisio@kkue.com
ron.nixon@kkue.com

*Counsel for Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc.*

WILMER CUTLER PICKERING
HALE AND DORR LLP

*/s/Steven F. Cherry* (w/consent)
Steven F. Cherry
David P. Donovan
Patrick J. Carome
Brian C. Smith
Kurt G. Kastorf
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, NW
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
 steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
patrick.carome@wilmerhale.com
brian.smith@wilmerhale.com
kurt.kastorf@wilmerhale.com

*Counsel for Defendants DENSO Corp;
DENSO International America, Inc.*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive
Southfield, MI 48033
Telephone: (248) 372-8252
Fax:   (248) 213-2551
steve_zarowny@denso-diam.com

*Counsel for DENSO International
America, Inc.*

5

**ARNOLD & PORTER LLP**

<u>/s/*James L. Cooper*</u>  (w/consent)
James L. Cooper
Michael A. Rubin
Laura Cofer Taylor
Katherine Clemons
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 (facsimile)
james.cooper@aporter.com
michael.rubin@aporter.com
laura.taylor@aporter.com
katherine.clemons@aporter.com

Joanne Geha Swanson (P33594)
Fred Herrmann (P49519)
Matthew L. Powell (P69186)
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI  48226
(313) 961-0200
(313) 961-0388 (facsimile)
jswanson@kerr-russell.com
fherrmann@kerr-russell.com
mpowell@kerr-russell.com

*Counsel for Defendant Fujikura Automotive America LLC*

6

**MAYER BROWN LLP**

<u>/s/ Andrew S. Marovitz</u> (w/consent)
Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
(312) 701-7711 (facsimile)
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Counsel for Defendant Lear Corporation*

**O'MELVENY & MYERS LLP**

<u>/s/Michael F. Tubach</u>  (w/consent)
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Fax: (415) 984-8701
Mtubach@omm.com

Michael R. Turco (P48705)
BROOKS WILKINS SHARKEY &
TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1713
Fax: (248) 971-1801
turco@bwst-law.com

*Counsel for Defendants LEONI Wiring Systems, Inc. and Leonische Holding Inc.*

**BUTZEL LONG**

*/s/David F. DuMouchel*  (w/consent)
David F. DuMouchel (P25658)
George B. Donnini (P66793)
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
Telephone: (313)225-7000
dumouchd@butzel.com
donnini@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Telephone: (202)663-7820
TMiller@bakerandmiller.com

*Counsel for Defendants TRAM, Inc.; and Tokai Rika Co., Ltd.*

**PORTER WRIGHT MORRIS & ARTHUR LLP**

*/s/ Donald M. Barnes (w/consent)*
Donald M. Barnes
Jay L. Levine
John C. Monica
Molly S. Crabtree
Jason E. Starling
PORTER WRIGHT MORRIS & ARTHUR LLP
1900 K Street, NW, Ste 1110
Washington, DC 20006
Telephone: (202) 778-3054
Facsimile: (202) 778-3063
dbarnes@porterwright.com
jmonica@porterwright.com
mcrabtree@porterwright.com
jstarling@porterwright.com

*Counsel for Defendant G.S.W. Manufacturing, Inc.*

8

**K&L GATES LLP**

*/s/Michael E. Martinez* (w/consent)
Michael E. Martinez
Steven M. Kowal
Lauren N. Norris
Lauren B. Salins
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4404
Fax: (312) 827-8116
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.norris@klgates.com
lauren.salins@klgates.com

William P. Jansen (P36688)
Michael G. Brady (P57331)
Amanda Fielder (P70180)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: (248) 784-5000
wjansen@wnj.com
mbrady@wnj.com
afielder@wnj.com

*Counsel for Defendants Chiyoda Manufacturing Corporation; and Chiyoda USA Corporation*

**JENNER & BLOCK LLP**

<u>/s/ *Terrence J. Truax* (w/consent)</u>
Terrence J. Truax
Charles B. Sklarsky
Michael T. Brody
Gabriel A. Fuentes
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
ttruax@jenner.com
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

Gary K. August
ZAUSMER, KAUFMAN, AUGUST & CALDWELL, P.C.
31700 Middlebelt Road
Suite 150
Farmington Hills, Michigan 48334-2374
Telephone (248) 851-4111
gaugust@zkac.com

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: Automotive Parts Antitrust Litigation<br><br>In re: Wire Harnesses<br><br>This document relates to:<br>Truck and Equipment Dealer Cases | Master File No. 12-md-02311<br><br>Honorable Marianne O. Battani |
| Rush Truck Centers of Arizona, et. al.,<br>　　　　　　　Plaintiffs,<br>　　v.<br>Denso Corp., et. al.<br>　　　　　　　Defendants | No. 2:14-cv-14451 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2015 I caused a true and correct copy of the foregoing CONSENT MOTION FOR AN EXTENSION OF PAGE LIMITS FOR MEMORANDA CONCERNING DEFENDANTS' COLLECTIVE MOTION TO DISMISS to be filed electronically through the Court's CM/ECF system , which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　/s/ Michelle K. Fischer
　　　　　　　　　　　　　　　　　　Michelle K. Fischer
　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　North Point
　　　　　　　　　　　　　　　　　　901 Lakeside Avenue
　　　　　　　　　　　　　　　　　　Cleveland, OH  44114
　　　　　　　　　　　　　　　　　　Telephone: (216) 586-3939
　　　　　　　　　　　　　　　　　　Facsimile:  (216) 579-0212
　　　　　　　　　　　　　　　　　　mfischer@jonesday.com

　　　　　　　　　　　　　　　　　　*Attorney for Defendants Yazaki Corporation*
　　　　　　　　　　　　　　　　　　*and Yazaki North America*