UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Rush Truck Centers of Arizona, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> Denso Corp., et. al. <br><br> Defendants | No. 2:14-cv-14451 <br><br> Honorable Marianne O. Battani |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs give notice of their voluntary dismissal of Defendant Lear Corporation from this action. Dismissal of this action against Lear Corporation is without prejudice and Plaintiffs and Lear Corporation shall bear their own attorneys' fees and costs. Lear Corporation has not filed answers or motions for summary judgment with respect to the Complaint in this action.

Dated: April 28, 2015

/s/ J. Manly Parks
Wayne A. Mack
J. Manly Parks
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Phone: (215) 979-1152
Fax: (215) 689-3595
WAMack@duanemorris.com
JMParks@duanemorris.com

*Counsel for Plaintiffs*

DM1\5069106.1

## **CERTIFICATE OF SERVICE**

I, J. Manly Parks, certify that I served the foregoing Notice of Voluntary Dismissal on the following counsel today by first-class mail:

Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
*Counsel for Defendants Sumitomo Electric Industries, Ltd., Sumitomo Wiring Systems, Ltd., Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

John M. Majoras
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
*Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc.*

Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
*Counsel for Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc.*

Steven F. Cherry
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
*Counsel for Defendants DENSO Corp. and DENSO International America, Inc.*

James L. Cooper
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
*Counsel for Defendants Fujikura, Ltd. and Fujikura Automotive America LLC*

Andrew S. Marovitz
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
*Counsel for Defendant Lear Corporation*

DM1\5069106.1

Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
*Counsel for Defendants LEONI Wiring Systems, Inc. and Leonische Holding Inc.*

David F. DuMouchel
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
*Counsel for Defendants Tokai Rika Co. Ltd. and TRAM, Inc.*

Donald M. Barnes
PORTER WRIGHT MORRIS & ARTHUR LLP
1900 K Street, NW, Ste 1110
Washington, DC 20006
*Counsel for Defendants G.S. Electech, Inc. and G.S.W. Manufacturing, Inc.*

Michael E. Martinez
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
*Counsel for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

Terrence J. Truax
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

Asti Corporation
c/o Aurel Alexandrew Astilean, Agent
24-26 Gingerbread Lane
East Hampton, NY  11937-2432

Date: April 28, 2015

/s/ J. Manly Parks

2

DM1\5069106.1