UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Rush Truck Centers of Arizona, et. al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Denso Corp., et. al.<br><br>　　　　Defendants | No. 2:14-cv-14451<br><br>Honorable Marianne O. Battani |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs give notice of their voluntary dismissal of Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation from this action. Dismissal of this action against Chiyoda Manufacturing Corporation and Chiyoda USA Corporation is without prejudice and Plaintiffs and Chiyoda Manufacturing Corporation and Chiyoda USA Corporation shall bear their own attorneys' fees and costs. Neither Chiyoda Manufacturing Corporation nor Chiyoda USA Corporation has filed answers or motions for summary judgment with respect to the Complaint in this action.

Dated: May 5, 2015

/s/ J. Manly Parks

Wayne A. Mack
J. Manly Parks
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103
Phone: (215) 979-1152
Fax: (215) 689-3595
WAMack@duanemorris.com
JMParks@duanemorris.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, J. Manly Parks, certify that I served the foregoing Notice of Voluntary Dismissal on the following counsel today by first-class mail:

Marguerite M. Sullivan
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
Marguerite.Sullivan@lw.com

*Counsel for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*

John M. Majoras
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001-2113
Telephone: (202) 879-3939
Facsimile:  (202) 626-1700
jmmajoras@jonesday.com

Michelle K. Fischer
Stephen J. Squeri
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone: (216) 586-3939
Facsimile:  (216) 579-0212
mfischer@jonesday.com
sjsqueri@jonesday.com

*Counsel for Defendants Yazaki Corporation and Yazaki North America, Inc.*

DM1\5069106.1

Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

Craig D. Bachman
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com

*Counsel for Defendants Furukawa Electric Co. Ltd. and American Furukawa, Inc.*

Steven F. Cherry
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com

*Counsel for Defendants DENSO Corp. and DENSO International America, Inc.*

James L. Cooper
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, DC 20004
(202) 942-5000
(202) 942-5999 (facsimile)
james.cooper@aporter.com

*Counsel for Defendants Fujikura Ltd. and Fujikura Automotive America LLC*

Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Fax: (415) 984-8701
Mtubach@omm.com

*Counsel for Defendants LEONI Wiring Systems, Inc. and Leonische Holding Inc.*

David F. DuMouchel
George B. Donnini
BUTZEL LONG
150 West Jefferson, Suite 100
Detroit, MI 48226
Telephone: (313)225-7000
dumouchd@butzel.com

W. Todd Miller
BAKER & MILLER PLLC
2401 Pennsylvania Ave., NW, Suite 300
Washington, DC 20037
Telephone: (202)663-7820
TMiller@bakerandmiller.com

*Counsel for Defendants Tokai Rika Co., Ltd. and TRAM, Inc.*

Donald M. Barnes
PORTER WRIGHT MORRIS & ARTHUR LLP
1900 K Street, NW, Ste 1110
Washington, DC 20006
Telephone: (202) 778-3054
Facsimile: (202) 778-3063
dbarnes@porterwright.com

*Counsel for Defendants G.S. Electech, Inc. and G.S.W. Manufacturing, Inc.*

DM1\5069106.1

Charles B. Sklarsky
Daniel T. Fenske
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
csklarsky@jenner.com
mbrody@jenner.com
gfuentes@jenner.com
dfenske@jenner.com

*Counsel for Defendants Mitsubishi Electric Corporation, Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.*

Michael E. Martinez
K&L GATES LLP
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4404
Fax: (312) 827-8116
michael.martinez@klgates.com

*Counsel for Defendants Chiyoda Manufacturing Corporation and Chiyoda USA Corporation*

Asti Corporation
c/o Aurel Alexandrew Astilean, Agent
24-26 Gingerbread Lane
East Hampton, NY  11937-2432

Date: May 5, 2015

/s/ J. Manly Parks